IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KAYLEN R. DURAN | § § § § § § § | Case No. 23-40275<br>CHAPTER 7 |
| Debtor. | § | |

| | | |
|---|---|---|
| KAYLEN R. DURAN | § § § § § § § § § § § § § § | Adversary No. 23-04034 |
| Plaintiff, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF EDUCATION | | |
| Defendant. | | |

**STIPULATION OF DISMISSAL**

Plaintiff Kaylen R. Duran and Defendant United States Department of Education, by and through their respective counsel, hereby stipulate to dismissal of this adversary proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 41, as made applicable by Federal Rule of Bankruptcy Procedure 7041, with each party to bear their own costs.

Respectfully submitted this 8th day of August, 2025.

JAY R. COMBS
ACTING UNITED STATES ATTORNEY


/s/ *Whitney Tharpe*
JAMES G. GILLINGHAM, Texas Bar #24065295
WHITNEY THARPE, Texas Bar #24064914
Assistant United States Attorney
110 N. College Street; Suite 700
Tyler, Texas 75702
James.Gillingham@usdoj.gov
Whitney.Tharpe@usdoj.gov
Telephone: (903) 590-1400
Facsimile: (903) 590-1436

*Attorney for Department of Education*

/s/ *William J. Collins*
WILLIAM J. COLLINS
Collins & Arnove PC
101 East Park Blvd
Suite 875
Plano, TX 75074
972-516-4255
Email: william@wcollinslaw.com

*Attorney for Plaintiff/Debtor*