## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Kaylen R Duran
1023 Bandelier Drive
Allen, TX 75013
SSN: XXX-XX-9824
Debtor

Case No. 23-40275 btr
Chapter: 7

Kaylen R Duran
Plaintiff

Adversary No. 23-04034 jps

vs.

United States Department of Education
Defendant

### ORDER CLOSING DUE TO STIPULATED DISMISSAL

ON THIS DATE the Court finds that all of the parties who have appeared in the above-referenced adversary proceeding have jointly filed, on August 8, 2025, a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a), as incorporated into bankruptcy adversary proceedings by Fed. R. Bankr. P. 7041. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced adversary proceeding is hereby **CLOSED**.

Signed on 8/11/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE